**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ X
                                                             :
RIVERKEEPER, INC.                                            :
                                                             :
                         Plaintiff,                          :
                                                             :
      v.                                                     :
                                                             :
ACE SCRAP RECYCLING LLC,                                     :
                                                             :
                         Defendant.                          :
                                                             :
------------------------------------------------------------ X
```

**No. 7:19-cv-6699**
**MOTION TO STAY AND**
**NOTICE OF LODGING OF**
**PROPOSED CONSENT**
**DECREE**

**MOTION TO STAY**
**AND**
**NOTICE OF LODGING OF PROPOSED CONSENT DECREE**

With the consent of all parties, Plaintiff Riverkeeper, Inc. ("Riverkeeper") respectfully

moves to have the Court stay all future deadlines in this case. Riverkeeper hereby provides

notice to the Court that the parties have agreed to a settlement of this case. The parties are

lodging the attached Proposed Consent Decree with the Court pending conclusion of a required

forty-five (45) day review period mandated by the Clean Water Act and its regulations. 33

U.S.C. § 1365(c)(3); 40 C.F.R. § 135.5(b).

The parties are not asking the Court to enter the Proposed Consent Decree at this time.

Pursuant to the federal Clean Water Act, the United States Department of Justice ("DOJ") and

the Environmental Protection Agency ("EPA") must have a period of 45 days in which to review

and provide any comments on the Proposed Consent Decree. 33 U.S.C. § 1365(c)(3); 40 C.F.R. §

135.5(b). Plaintiff will provide a copy of the Proposed Consent Decree to DOJ and EPA as

required by the statute.  Following the 45-day review period, the parties will move the Court to enter the Proposed Consent Decree.

Pending the DOJ/EPA review process, Riverkeeper, with the consent of all parties, respectfully request that the Court stay all future deadlines in the case.

Respectfully submitted this 10th day of September 2019.


s/ Michael DiGiulio

Super Law Group, LLC
180 Maiden Lane, Suite 603
New York, NY 10038
(212) 242-2355
*Attorney for Plaintiff*


2